**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 20-cv-05358 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 20-cv-05358 shall be vacated and that case number 20-cv-05358 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 7th day of October, 2020.